JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1653 PA (ASx) | Date | March 31, 2021 |
|---|---|---|---|
| Title | Antonio Castaneda, et al. v. FCA US LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS — COURT ORDER

On March 25, 2021, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of a procedural defect in the Notice of Removal. The Court stayed the order remanding the action to provide plaintiffs with an opportunity to object to the remand and waive the procedural defect. Specifically, plaintiffs were directed to inform the Court in writing by March 30, 2021, if plaintiffs objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiffs have not waived the procedural defect. Accordingly, for the reasons stated in the Court's March 25, 2021 Order, this action is remanded to the Los Angeles County Superior Court, Case No. 20STCV21007.

IT IS SO ORDERED.